■ In the Matter of BONSHILA W., a Child Alleged to be Neglected. (Appeal No. 2.)—Order unanimously modified on the law and as modified affirmed without costs and matter remitted to Niagara County Family Court for further proceedings in accordance with same Memorandum as in Matter of Casondra W. (184 AD2d 1070 [decided herewith]). (Appeal from Order of Niagara County Family Court, Halpin, J.—Terminate Parental Rights.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.